# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:09-cv-06986-JHN-RZx | Date | May 4, 2010 |
|---|---|---|---|
| Title | Dorothea Jernigan v. United States of America | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE SANCTIONS  (In Chambers)

Pursuant to the Court's Order Setting Scheduling Conference on March 8, 2010, the parties were ordered to meet and confer and submit a Joint Rule 26 report for the Scheduling Conference on May 10, 2010. The Court has reviewed Defendant's submission, indicating that counsel for Plaintiff has failed to cooperate in the meet and confer requirement, despite numerous requests by Defendant's counsel.

The Scheduling Conference currently set for May 10, 2010 is removed from the Court's calendar. **Counsel for Plaintiff is ordered to show cause, in writing, by no later than May 10, 2010 why sanctions should not be imposed.**  In the alternative, counsel for Plaintiff may meet and confer with Defendant's counsel and file a Joint Rule 26 report by no later than May 10, 2010.  The Court will thereafter reschedule the scheduling conference, if necessary.

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |