JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORORTHEA JERNIGAN<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____ | Civil No. CV 09-6986-WDK-RZx<br><br>IN ADMIRALTY<br><br>JUDGMENT |

    This action came on for trial before the Court, the Honorable William Keller, District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered;

    It is Ordered and Adjudged that judgment be entered in favor of defendant, the United States of America and, as the prevailing party, the United States be awarded its costs against plaintiff Dorothea Jernigan.

Dated: July 28, 2011

_____
UNITED STATES DISTRICT JUDGE